### Huby *v.* The State.

LITTLE, J.   While the loan of a specified quantity of whisky obtained by the borrower for his own consumption, on a promise to return to the lender a similar quantity of the same kind of liquor, may be classed as a sale under the provisions of section 2944 of the Civil Code, yet it is not such a sale as falls within the operation of the statute which prohibits the sale of spirituous liquors without a license. *Skinner* v. *State,* 97 *Ga.* 690. *Judgment reversed. All the Justices concurring, except Fish, J., absent.*

Submitted May 21, — Decided June 5, 1900.

Indictment for selling liquor without license.    Before Judge Robinson.    City court of Wrightsville.    April term, 1900.

*O. L. Little* and *R. B. Blount,* for plaintiff in error.
*William Faircloth, solicitor,* contra.